**CAPEZZA HILL, LLP**
ATTORNEYS AT LAW

Benjamin W. Hill, Esq.
*Partner*

October 5, 2020

Hon. Mae A. D'Agostino
U.S. District Judge
Northern District of New York
James T. Foley Courthouse
445 Broadway, 1st Floor
Albany, NY 12207

    Re:    *United States v. Haviaropoulos* (16-cr-73)

Dear Judge D'Agostino:

    Please let this letter serve as a request on behalf of Defendant that the deadline to submit sentencing memoranda be extended from October 6, 2020 until October 20, 2020. Sentencing is set for October 27, 2020. AUSA Hanlon joins in this request.

    Please do not hesitate to contact me should you have any questions or concerns.

    Respectfully submitted,

**CAPEZZA HILL, LLP**

By: *[signature]*
Benjamin W. Hill

cc: Daniel Hanlon, Esq. (Via ECF)